1  Rod D. Margo (State Bar No.: 97706)
   Frank A. Silane (State Bar No.: 90940)
2  Scott D. Cunningham (State Bar No.: 200413)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile: (310) 557-1299
5
   Attorneys for Defendant
6  SINGAPORE AIRLINES, LTD.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 IN RE                              ) Case No. 01-ML-1394 GAF (RCx)
                                      )
12 AIR CRASH AT TAIPEI, TAIWAN ON     ) This Document Relates to:
   OCTOBER 31, 2000                   )
13                                    ) Case No. CV01-01756 GAF (RCx)
                                      ) (The Estate of Akash Volam, et al. v.
14                                    ) Singapore Airlines, Ltd.)
                                      )
15                                    ) **STIPULATION OF DISMISSAL;**
                                      ) **[PROPOSED] ORDER**
16                                    )
                                      )
17                                    )
                                      )
18 _____) THIS CONSTITUTES NOTICE OF ENTRY
                                        AS REQUIRED BY FRCP, RULE 77(d).
19

20      Plaintiffs THE ESTATE OF AKASH VOLAM, by and through its

21 Successors in Interest, BUCHILINGAM VOLAM; BUCHILINGAM VOLAM,

22 individually; SUVARNAM VOLAM, individually; CHANDRASHEKHAR

23 VUPPALA. individually; and RAHESHWARI VUPPALA, individually, and

24 defendant SINGAPORE AIRLINES, LTD ("SIA"), hereby request that the above

25 referenced action be, and hereby is, dismissed with prejudice as against all

26 defendants pursuant to Federal Rule of Civil Procedure 41 (a)(1); with all parties to

27 bear their own costs.

28

STIPULATION OF DISMISSAL; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: ~~October~~ NOVEMBER 2, 2004 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | ROD D. MARGO |
| 5 | | FRANK A. SILANE |
| | | SCOTT D. CUNNINGHAM |
| 6 | | Attorneys for Defendant |
| 7 | | SINGAPORE AIRLINES, LTD. |
| 8 | Dated: October 29, 2004 | GREENE, BROILLET, PANISH & WHEELER LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ |
| 12 | | BRIAN J. PANISH |
| | | KEVIN R. BOYLE |
| 13 | | Attorneys for Plaintiffs |

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Case No. CV01-01756, an individual case which is part of MDL Case No. 1394, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall treat the settlement amount of the above-captioned action as confidential pursuant to this Court's Case Management Order No. 1 dated July 19, 2001.

DATED: ~~October~~ 11/4, 2004

Honorable Gary A. Feess
United States District Court Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO. CV01-01756 GAF (RC)